**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Western** District of **Pennsylvania**
(State)

Case number (*If known*): __25-22741-GLT__    Chapter **11**

FILED
10/9/2025 3:47pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Bunting Graphics, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | **Bunting Architectural Metals** |
| 3. | Debtor's federal Employer Identification Number (EIN) | 2 5 – 1 3 8 5 4 5 4 |
| 4. | Debtor's address | **Principal place of business**<br><br>**20    River Road**<br>Number    Street<br><br>**Verona        PA    15147**<br>City            State    ZIP Code<br><br>**Allegheny**<br>County<br><br>**Mailing address, if different from principal place of business**<br><br>Number    Street<br><br>P.O. Box<br><br>City    State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City    State    ZIP Code |
| 5. | Debtor's website (URL) | **www.buntinggraphics.com** |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Bunting Graphics, Inc.**                                   Case number (*if known*)_____
           Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>   **3  3  2  3** |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check **all** that apply*:<br>   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.   District _____   When _____   Case number _____<br>                                                      MM / DD / YYYY<br>              District _____   When _____   Case number _____<br>                                                      MM / DD / YYYY |

Debtor  **Bunting Graphics, Inc.**                              Case number (*if known*)_____
        Name

| | |
|---|---|
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☒ No <br> ☐ Yes.  Debtor _____  Relationship _____ <br>         District _____  When _____ <br>                                              MM / DD / YYYY <br>         Case number, if known _____ |
| 11. **Why is the case filed in *this district*?** | Check all that apply: <br> ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** (*Check all that apply.*) <br><br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br><br> **Where is the property?** _____ <br>                                    Number    Street <br>                                    _____ <br>                                    _____   ____  _____ <br>                                    City                   State ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes. Insurance agency _____ <br>         Contact name _____ <br>         Phone _____ |

**Statistical and administrative information**

| | |
|---|---|
| 13. **Debtor's estimation of available funds** | Check one: <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. **Estimated number of creditors** | ☐ 1-49           ☐ 1,000-5,000        ☐ 25,001-50,000 <br> ☒ 50-99          ☐ 5,001-10,000       ☐ 50,001-100,000 <br> ☐ 100-199        ☐ 10,001-25,000      ☐ More than 100,000 <br> ☐ 200-999 |

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page **3**

Debtor  **Bunting Graphics, Inc.**  Case number (if known) _____
        Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **10/09/2025**
             MM / DD / YYYY

✗ _____                      **Joshua P. Bunting**
  Signature of authorized representative of debtor         Printed name

  Title **President**

**18. Signature of attorney**

✗ _____    Date  _____
  Signature of attorney for debtor            MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number     Street

_____     _____  _____
City                                   State    ZIP Code

_____     _____
Contact phone                          Email address

_____     _____
Bar number                             State

**Fill in this information to identify the case:**

Debtor name __Bunting Graphics, Inc.__

United States Bankruptcy Court for the: __Western__ District of __PA__ (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Goetz Platzer LLP<br>One Penn Plaza<br>New York, NY 10119 | Jonah Telesca<br>212-695-8100<br>billing@goetzplatzer.com | Professional Services | Contingent, Uliquidated Disputed | | | $90,195.21 |
| 2 | Express Services, Inc.<br>4012 Route 130<br>Suite 300<br>Irwin, PA 15642 | Paula Schmidt<br>412-366-3661<br>Paula.Schmidt@ExpressPros.com | Professional Services | Contingent, Uliquidated Disputed | | | $134,329.13 |
| 3 | Moore & Lee<br>1751 Pinnacle Dr.<br>Suite 1100<br>McLean VA 22102 | David Todd<br>703-506-2050<br>d.todd@mooreandlee.com | Professional Services | Contingent, Uliquidated Disputed | | | $105,560.25 |
| 4 | Ryerson & Son Inc.<br>24487 Network Place<br>Chicago, IL 60673 | Roger Swanson<br>763-717-7198<br>roger.swanson@ryerson.com | Trade Debts | | | | $68,727.53 |
| 5 | Exo Freight<br>Wintrust Bank<br>PO Box 7176<br>Carol Stream, IL 60197 | We have no contact information; they might not be in business | Trade Debts | Contingent, Uliquidated Disputed | | | $67,635.00 |
| 6 | Cleveland Carpenters<br>P.O. Box 74293<br>Cleveland OH 44194 | Matthew Henzi<br>248-746-2711<br>ckrause@asherkellylaw.com | Trade Debts | Contingent, Uliquidated Disputed | | | $67,635.00 |
| 7 | TB Philly<br>400 Thomas Drive<br>Phoenixville PA 19460 | Sarah Bowman<br>484-639-7735<br>sbowman@tbphilly.com | Trade Debts | Contingent, Uliquidated Disputed | | | $44,221.37 |
| 8 | Riverview School District<br>336 Delaware Avenue<br>Oakmont, PA 15139 | 412-826-0300<br>realestate@pamunicpleservice.com | Taxes | | | | $40,254.61 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  Bunting Graphics, Inc._____  Case number (*if known*)_____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | The Mill Steel 2905 Lucerne Dr. SE Grand Rapids, MI 49546 | Tom Consolo 440-821-7592 creditmail@millsteel.com | Trade Debts | Disputed | | | $40,841.18 |
| 10 | Triangle Fastener 2001 Preble Avenue Pittsburgh, PA 15233 | Bo Rami Lee 412-321-5021 blee@trianglefastener.com | Trade Debts | | | | $35,434.69 |
| 11 | Keystone Collections Group PO Box 505 Irwin, PA 15642 | No Other Contact Information 412-793-7063 | Taxes | | | | $34,489.18 |
| 12 | Hahn Loeser & Parks, LLC 200 Public Square Suite 2800 Cleveland, OH 44114 | Ms. Kate Horten 216-274-2543 krhorten@hahnlaw.com | Professional Services | | | | $32,795.00 |
| 13 | Interstate ACM and Storage Builders LLC 2316 3rd Street New Orleans LA 70113 | Eliana Valdez 908-943-4486 acm.storagebuilders@gmail.com | Trade Debts | | | | $31,927.50 |
| 14 | Limbach Company, LLC 797 Commonwealth Dr. Warrandale, PA 15086 | Thom Brazel thom.brazel@limbachinc.com 412-359-2100 | Professional Services | | | | $26,643.45 |
| 15 | ILSCO, LLC PO Box 73545 Chicago, Il 60673 | Deb Loewenstein 513-533-6265 debbie.loewenstein@ecmindustries.com | Trade Debts | | | | $23,595.64 |
| 16 | Innovative Discovery 1700 North Moore St. Suite 1500 Arlington, VA 22209 | Amy Edwards 703-875-8003 | Professional Services | Contingent, Uliquidated Disputed | | | $26,492.59 |
| 17 | Whiting-Turner Contracting 6305 Ivy Lane Suite 800 Greenbelt, MD 20770 | Dan Ramsey 240-297-3206 dan.ramsey@whiting-turner.com | Contract | Contingent, Uliquidated Disputed | $6,850,000.00 | $2,600,000.00 | $4,050,000.00 |
| 18 | Cleveland Construction 645 Prospect Avenue Mentor, OH 44115 | Kieth Ziegler 440-255-8000 kziegler@clevelandconstruction.com | Contract | Contingent, Uliquidated Disputed | | | $3,753,549.00 |
| 19 | Aurora Contractors, Inc. 100 Raynor Avenue Ronkonkoma, NY 11779 | Anthony Vero 631-981-3785 anthonyv@auroracontractors.com | Contract | Contingent, Uliquidated Disputed | | | $2,000,000.00 |
| 20 | Sunbelt Rentals PO Box 409211 Atlanta, GA 30384 | Dawn Cotton 877-677-3687 dawn.cotton@sunbeltrentals.com | Trade Debts | Contingent, Uliquidated Disputed | | | $137,754.80 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

# Financial Report For

# Bunting Graphics, Inc.

Prepared:  10/09/2025
               Period 09   2025   (Sep 2025)

Through:   September 2025

Date: 10/09/2025
Page: 2

# Assets

Current Assets

| | | |
|---|---:|---:|
| Petty Cash Field | $5,000.00 | |
| Petty Cash Office | 500.00 | |
| FNB #95039331 | (128,834.74) | |
| Citizens (Boston Payroll Acct) | 1,782.63 | |
| Dollar Bank | (581.50) | |
| Contract Receivables | 11,314,746.07 | |
| Service Receivables | 58,688.31 | |
| Prepaid Deposits | 83,504.11 | |
| Prepaid Sage Subscription | 2,649.37 | |
| Prepaid Retainers | 136,657.74 | |
| Manual Payroll Clearing | (0.01) | |
| Total Current Assets | | $11,474,111.98 |

Long Term Assets

| | | |
|---|---:|---:|
| Computers & Software | 81,693.40 | |
| Warehouse Equipment | 959,684.07 | |
| Vehicles | 422,974.18 | |
| Building - Leasehold Improvements | 2,260,810.47 | |
| Total Long Term Assets | 3,725,162.12 | |

Accumulated Depreciation

| | | |
|---|---:|---:|
| Acc. Dep.-Computers & Software | (81,662.56) | |
| Acc. Dep. - Warehouse Equip | (427,949.95) | |
| Acc. Dep. - Vehicles | (455,806.18) | |
| Acc. Dep. - Building Leasehold Improve | (1,348,970.62) | |
| Total Accumulated Depreciation | (2,314,389.31) | |
| Net Long Term Assets | | 1,410,772.81 |

Other Assets

| | | |
|---|---:|---:|
| Underbillings | 200,585.14 | |
| Prepaid Workman's Comp. Ins. | (7,887.07) | |
| Prepaid General Liability Ins. | 17,373.58 | |
| Prepaid Comm. Property Ins. | (8,206.52) | |
| Prepaid Umbrella Ins. | 16,912.18 | |
| Prepaid Automobile Insurance | (2,860.37) | |
| Prepaid Professional Liability | 4,287.62 | |
| Prepaid Property Tax | (21,124.30) | |
| Total Other Assets | | 199,080.26 |
| Total Assets | | $13,083,965.05 |

Date: 10/09/2025
Page: 3

## Liabilities

Current Liabilities

| | | |
|---|---:|---:|
| Overbillings | 572,842.76 | |
| Accounts Payable | 1,305,865.63 | |
| Accrued Accounts Payable | 2,247,338.66 | |
| Due To/From - Bunting Inc | (175,655.14) | |
| Union Benefit Payable | (406.34) | |
| W/H Health Insurance | 285.23 | |
| W/H Employee Insurance | 0.70 | |
| Deposits on Contract | 292,373.80 | |
| FNB Mortgage Current | 271,000.07 | |
| Loan Fees Short Term | (5,784.00) | |
| Total Current Liabilities | | 4,507,861.37 |

Long Term Liabilities

| | | |
|---|---:|---:|
| FNB Cap-ex LOC | 189,250.37 | |
| FNB LOC | 3,848,177.75 | |
| Note Payable - JPB | 1,885,000.00 | |
| Loan Fees Long Term | (34,687.00) | |
| Accumulated Amortization | 2,140.00 | |
| FNB Mortgage Long Term | 921,163.20 | |
| Total Long Term Liabilities | | 6,811,044.32 |
| Total Liabilities | | 11,318,905.69 |

## Equity

Equity/Capital

| | | |
|---|---:|---:|
| Capital Stock | 361,531.40 | |
| Retained Earnings | 2,574,985.19 | |
| Subtotal Equity/Capital | 2,936,516.59 | |
| Current Profit (Loss) | (1,171,457.23) | |
| Total Equity/Capital | | 1,765,059.36 |
| Total Liabilities and Equity | | $13,083,965.05 |

Date: 10/09/2025
Page: 4

# Income and Expenses

Operating Income

| | | |
|---|---:|---:|
| Contract Income | $4,685,176.32 | |
| Facilities Management | 38,713.58 | |
| Total Operating Income | | $4,723,889.90 |

Direct Expense

| | | |
|---|---:|---:|
| Material | 1,437,342.16 | |
| Direct Labor | 805,067.82 | |
| Rental Equipment Expense | 169,979.40 | |
| Subcontractors | 809,363.65 | |
| Other Job Expense | 51,696.09 | |
| Allocated Staff Costs | 289,988.75 | |
| Freight In/Out | 110,979.34 | |
| Contingency | (72,779.85) | |
| Facilities Management | 1,455.92 | |
| Total Direct Expense | 3,603,093.28 | |
| Total Direct and Equipment/Shop Expense | | 3,603,093.28 |
| Gross Profit | | 1,120,796.62 |

Administrative Expense

| | |
|---|---:|
| Bank Service Charges | 5,791.78 |
| Auto Expense | 64.71 |
| FUEL - VEHICLES | 26,899.88 |
| Vehicle Registrations | 8,277.75 |
| Vehicle Maintenence | 3,885.00 |
| Depreciation - Office Equip. | 278.01 |
| Depreciation - Warehouse Eq. | 48,641.76 |
| Depreciation - Auto | 20,142.00 |
| Depreciation - Garage | 105,678.81 |
| Dues and Subscriptions | 1,856.00 |
| Electric | 83,609.21 |
| Utilities | 89,642.68 |
| GAS - AIR PRODUCTS | 720.52 |
| Freight Out | 4,125.40 |
| IT Expenses | 37,055.98 |
| Sage License Expense | 5,587.68 |
| Legal & Accounting | 434,230.68 |
| Interest | 247,337.97 |
| Leasing Expense | 1,716.93 |
| Drug Tests | 115.00 |
| Office Supplies | 1,817.41 |
| Postage | 472.68 |
| Warehoue Supplies | 27,475.32 |

Date: 10/09/2025
Page: 5

# Income and Expenses

| | | |
|---|---:|---:|
| Painting Supplies | 12,892.74 | |
| Real Estate Taxes | 37,528.61 | |
| Repairs and Maintenance | 58,399.29 | |
| Shipping Expense | 5,790.75 | |
| Telephone | 23,948.22 | |
| Trash Removal | 7,876.50 | |
| Miscellaneous Expense | 0.06 | |
| Training Expense | 52.95 | |
| Travel Expenses | 7,179.56 | |
| Employee Refreshments | 103.90 | |
| Water | 6,616.40 | |
| Salaries - General Admin. | 1,517,727.62 | |
| Employer Taxes | 135,422.84 | |
| Union Fringe Benefits | 425.75 | |
| Health Insurance | 157,416.41 | |
| Workman's Compensation Ins. | 71,808.77 | |
| Life Insurance | 8,829.33 | |
| General Liability Ins. | 58,095.24 | |
| Property Insurance | 39,664.80 | |
| Umbrella Insurance | 68,995.56 | |
| Auto Insurance | 23,992.08 | |
| Professional Liability Ins | 21,088.83 | |
| Allocated Labor to Jobs | (1,075,326.69) | |
| Scrap Revenue | (6,642.00) | |
| Other Income | (27,904.19) | |
| Vending Income | (192.64) | |
| Total Administrative Expense | 2,309,213.85 | |
| Total Indirect Expense | | 2,309,213.85 |
| Income from Operations | | (1,188,417.23) |

Other Income

| | | |
|---|---:|---:|
| Scrap Revenue | 16,960.00 | |
| Total Other Income | | 16,960.00 |
| Net Income Before Tax | | (1,171,457.23) |
| Net Income | | $(1,171,457.23) |